*United States District Court*
*District of New Jersey*

# UNITED STATES OF AMERICA

# WARRANT FOR ARREST

v.

ALEXANDER BRAZHNIKOV, SR.

Case Number: 15-3519

o: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ALEXANDER BRAZHNIKOV, SR., aka
Alexander Brazhnikov" aka "Alexander Aleksandrovich Brazhnikov"

nd bring him forthwith to the nearest magistrate to answer a(n)

\_\_\_ Indictment \_\_\_ Information __X__ Complaint \_\_\_Order of court \_\_\_\_Violation Notice \_\_\_ Probation Violation

etition

harging him with (brief description of offense)

Conspiracy to Commit Money Laundering; Conspiracy to Smuggle Goods from the U.S.

n violation of Title _____ 18 _____, United States Code, Sections 1956(h) and 371

Ion. Mark Falk
**ame of Issuing Officer**

United States Magistrate Judge
**Title of Issuing Officer**

ignature of Issuing Officer

March 10, 2015 / Newark, New Jersey
**Date and Location**

ail fixed at $ _____ by _____

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

DEFENDANT'S NAME: Alexander Brazhnikov, Sr.

ALIAS:   Alexandre Brajnikov /   Alexander Aleksandrovich Brazhnikov

LAST KNOWN RESIDENCE:    Apt 52 Boloshaya Akademicheskaya, Str 20B, Moscow, Russia

LAST KNOWN EMPLOYMENT:  Owner/CEO/Principal – ABN Universal, Moscow, Russia

PLACE OF BIRTH:  Moscow, Russia

DATE OF BIRTH:  01/09/1946 (month/day/year)

SOCIAL SECURITY NUMBER: _____

OTHER IDENTIFICATION INFORMATION:   Russian National ID: 4504350712

    HEIGHT: _____            WEIGHT: _____

    SEX:   M                  RACE:   Caucasian

    HAIR:  Brown              EYES:  Hazel/Br

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:   Unknown

DRIVER'S LICENSE NUMBER:  N/A

PASSPORT NUMBER:   Russian -   718526351 (current) / 604513628 (expired)

COMPLETE DESCRIPTION OF AUTO: _____ N/A _____

INVESTIGATIVE AGENCY AND ADDRESS: Special Agent Chetwyn M. Jones

                                  Federal Bureau of Investigation

                                  Newark, NJ 07102

                                  (862) 763-1683 / (973) 792-7362